UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LUIS TORRES, | ) | NO. CV 17-7093-JAK (AGR) |
| Petitioner, | ) | |
| | ) | JUDGMENT |
| v. | ) | |
| C. E. DUCART, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition For Writ of Habeas Corpus in this matter is denied and dismissed with prejudice.

DATED: May 7, 2020

_____
JOHN A. KRONSTADT
United States District Judge